# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1482
LT Case No. 16-2016-CF-005542-AXXX

_____

ROBERT TURNER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Duval County.
R. Anthony Salem, Judge.

Robert Turner, Malone, pro se.

James Uthmeier, Attorney General, and Anne Conley, Assistant
Attorney General, Tallahassee, for Appellee.

November 13, 2025

PER CURIAM.

   AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____